**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6337

LEANTHONY T. WINSTON,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director of Virginia D.O.C.; RENALD MEYERS, Superintendent of Hampton Roads Regional Jail; CARL MANIS, Warden of Wallens Ridge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:17-cv-00566-RGD-DEM)

Submitted:  September 8, 2022                          Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

LeAnthony T. Winston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnthony T. Winston appeals the district court's orders denying his motion for entry of a default judgment and his subsequent motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Winston v. Clarke*, No. 2:17-cv-00566-RGD-DEM (E.D. Va. Feb. 2, 2022; filed Mar. 11, 2022 & entered Mar. 14, 2022). We further deny Winston's motion for a preliminary injunction and temporary restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*